# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARK ELLIOTT,

    Plaintiff,

vs.

THE PRESCOTT COMPANIES, LLC, *et al.*,

    Defendants.

2:15-cv-01143-APG-VCF

**ORDER**

Before the court is Plaintiff's counsel's motion to withdraw as counsel of record (ECF NO. 34).

IT IS HEREBY ORDERED that a hearing on Plaintiff's counsel's motion to withdraw as counsel of record (ECF NO. 34) is scheduled for 10:00 a.m., May 17, 2016, in courtroom 3D.

Plaintiff Mark Elliott must appear in person at the hearing on May 17, 2016 at 10:00 a.m.

IT IS SO ORDERED.

DATED this 5th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE