## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

MARK ELLIOTT,

        Plaintiff,

vs.

THE PRESCOTT COMPANIES, LLC, *et al.*,

        Defendants.

2:15-cv-01143-APG-VCF

**ORDER**

    Before the court is Plaintiff's Emergency Motion to Allow Mark Elliot to Appear by Telephone at the May 17, 2016 Hearing on the Motion to Withdraw (ECF NO. 36).  Plaintiff has given good cause to grant the emergency motion to allow Mark Elliot to Appear by Telephone.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Allow Mark Elliot to Appear by Telephone at the May 17, 2016 Hearing on the Motion to Withdraw (ECF NO. 36) is GRANTED.

    The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

    DATED this 13th day of May, 2016.

                                                _____

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE