**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MARK ELLIOTT,

        Plaintiff,

vs.

THE PRESCOTT COMPANIES, LLC, *et al.*,

        Defendants.

2:15-cv-01143-APG-VCF

**REPORT AND RECOMMENDATION FOR DISMISSAL OF COMPLAINT**

        This action was commenced on June 17, 2015, upon removal from the Eighth Judicial District Court. ECF No. 1. Plaintiff's Complaint, filed by counsel in state court seeks damages for personal injury. (*Id.*)

        On April 26, 2016, Plaintiff's Counsel filed a Motion to Withdraw. ECF No. 34. The court set a hearing on this motion, requiring the presence of plaintiff at the hearing, to be held at 10:00 AM, May, 17, 2016. ECF. No. 35. In response to plaintiff's emergency motion (ECF No. 36) the court permitted the plaintiff, Mark Elliott, to appear by telephone. ECF No. 37. At the conclusion of the May 17, 2016 hearing, the court ordered:

    1.    Plaintiff's Counsel's Motion to Withdraw is GRANTED, and

    2.    Plaintiff will have until July 1, 2016 for new counsel to make an appearance or advise the court that he will be representing himself. ECF No. 38.

        The docket reflects that no counsel has appeared on behalf of Plaintiff and Plaintiff has not advised the court that he intends to proceed with this case representing himself. On July 12, 2016, defendant Oakridge Industries, Inc. ("Oakridge") filed a motion for Order to Show Cause requesting that this case

1  be dismissed for Plaintiff's failure to follow the court's May 17, 2016, Order. ECF No. 40. Defendant
2  Prescott Companies, LLC ("Prescott") joined in that request. ECF No. 41.

3  On August 2, 2016 Order, the court entered an Order setting a show cause hearing for 1:00 PM,
4  August 18, 2016, and requiring plaintiff to file a response on or before August 15, 2016, showing cause
5  why he should not be sanctioned for failing to comply with the court's order. ECF. No. 42.

6  The August 2, 2016, closed with this language, "IT IS FURTHER ORDERED that Plaintiff Elliott
7  must be present at the scheduled hearing . . . . Failure to appear may result in dismissal of this case."

8  Plaintiff has not filed a written response to the August 2, 2016, Order to Show Cause. On August
9  17, 2016, Mr. Elliott called this court's Deputy Clerk stating that he was in the hospital and that he would
10 not be able to attend the hearing on August 18, 2016. When the Deputy Clerk inquired of Mr. Elliott
11 whether he was aware of the court's order that he file a response by August 15, 2016, he stated that he had
12 filed a response. When the Deputy Clerk informed Mr. Elliott that there was no response on the docket,
13 Mr. Elliott said that he may have filed the response in State Court by mistake. ECF No. 43.

14 Mr. Elliott was not present for the August 18, 2016, hearing. Counsel for defendants made a record
15 of Mr. Elliott's disruptive behavior during the preceding week. Defendants acknowledged that Mr. Elliot
16 did file a document entitled Objection/Response to Contempt of Court Motion/Motion for Hearing Re
17 Alleged Defense Misconduct on August 15, 2016, in Case No. A-14-698693-c in the Eighth Judicial
18 District Court, Clark County, Nevada: Mark Elliot v. City Center Veer Towers Development, LLC, et al.
19 Defendants did not have a copy of the filing, but represented that it addressed only issues raised in the
20 State Court case.

21 The court has obtained a copy of that filing from the State Court website and takes judicial notice
22 of its content. A copy is attached to this order as Exhibit 1.

23 The court FINDS that Exhibit 1 does not support Plaintiff's representation to the court, through
24 the Deputy Clerk, that he had filed his response to the Order to Show Cause (ECF No. 42) in State Court
25 by mistake.

The court FURTHER FINDS that Mr. Elliott's conduct since the withdrawal of his counsel amounts to a failure to prosecute and failure to comply with a court order, such that this case should be dismissed pursuant to Fed. Rule Civ. Pro. 41(b).

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for An Order to Show Cause is GRANTED.

IT IS RECOMMENDED, that Plaintiff's Complaint be dismissed pursuant to Rule 41(b) and that Judgment be entered on all claims in favor of Defendants.

DATED this 19th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE