# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARK ELLIOTT,

        Plaintiff,

vs.

THE PRESCOTT COMPANIES, LLC, *et al.*,

        Defendants.

2:15-cv-01143-APG-VCF

**ORDER**

      Before the Court is Plaintiff's request for a copy of the sealed transcript (ECF No. 47) which was submitted to the Court by Defendants during a show cause hearing. Plaintiff failed to appear for the show cause hearing on August 18, 2016. (ECF No. 43). Currently pending is a report and recommendation that Plaintiff's complaint be dismissed and that Judgment be entered on all claims in favor of Defendants. (ECF No. 44).

      Plaintiff did not get a copy of the sealed transcript because he failed to appear for the show cause hearing. Never-the-less, in the interest of fairness, the Court will grant his request.

      Accordingly,

      IS IT HEREBY ORDERED that Plaintiff's request for a copy of the sealed transcript (ECF No. 47) is GRANTED.

      The Court of Clerk is directed to mail a copy of the sealed transcript (ECF No. 45) to Plaintiff Mark Elliott at the address listed on the docket.

      DATED this 28th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE