UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK ELLIOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OAKRIDGE INDUSTRIES, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01143-APG-VCF<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF No. 44) |

　　　　On August 19, 2016, Magistrate Judge Ferenbach recommended I dismiss the complaint in this action with prejudice due to the plaintiff's failure to comply with court orders and his disruptive litigation conduct. ECF No. 44. Plaintiff Mark Elliott objected. ECF Nos. 46, 52.

　　　　Although I appreciate the frustration with Elliott's conduct while he was acting pro se, he since has obtained counsel to represent him in this action. *See* ECF Nos. 58, 61, 62, 63. In light of the policy preference for deciding cases on their merits, I decline to dismiss this action with prejudice at this time. However, I advise Elliott and his counsel that future failures to obey court orders or obstructive litigation tactics may result in sanctions up to and including dismissal with prejudice.

　　　　IT IS THEREFORE ORDERED that I decline to adopt the Magistrate Judge's report and recommendation (ECF No. 44) and I do not dismiss this action with prejudice at this time.

　　　　IT IS FURTHER ORDERED that the parties are referred to the Magistrate Judge to discuss moving the proceedings along in this case.

　　　　DATED this 5th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE