**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MARK ELLIOTT,

        Plaintiff,

vs.

OAKRIDGE INDUSTRIES, INC., *et al.*,

        Defendants.

2:15-cv-01143-APG-VCF

**ORDER**

    In light of Judge Gordon's Order on the Report and Recommendation (ECF No. 66),

    IT IS HEREBY ORDERED that the status hearing scheduled for June 8, 2017 is VACATED and RESCHEDULED to 11:00 AM, April 18, 2017, in Courtroom 3D.

    DATED this 7th day of April, 2017.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE