# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARK ELLIOTT,

        Plaintiff,

vs.

THE PRESCOTT COMPANIES, LLC, *et al.*,

        Defendants.

2:15-cv-01143-APG-VCF

**MINUTE ORDER**

    Before the Court is Plaintiff's Emergency Motion to Extend Discovery Deadlines) (ECF No. 73).

    IT IS HEREBY ORDERED that a hearing on Plaintiff's Emergency Motion to Extend Discovery Deadlines) (ECF No. 73) is scheduled for 1:00 PM, August 4, 2017, in Courtroom 3D.

    DATED this 24th day of July, 2017.

                                _____
                                CAM FERENBACH
                                UNITED STATES MAGISTRATE JUDGE