JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
Email: jag@mgalaw.com
      sgk@mgalaw.com

AMBER C. ROBINSON, ESQ.
Florida Bar No. 107215 (*pro hac vice*)
**ROBINSON LAW OFFICE PLLC**
695 Central Avenue, Suite 264
St. Petersburg, Florida 33712
Telephone: (813) 613-2400
Facsimile: (727) 362-1979
Email: arobinson@arobinsonlawfirm.com

RAFAL STRZALKOWSKI, ESQ.
Florida Bar No. 89248 (*pro hac vice*)
**FLORIDA DISABILITY ACCESS AND AWARENESS FOUNDATION**
2124 NW 142 ND Avenue
Gainesville, Florida 32609
Telephone: (352) 262-9593
Email: rstrzalkowski@fdaaf.org

*Attorneys for Plaintiff Mark Elliott*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK ELLIOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRESCOTT COMPANIES, LLC dba PRESCOTT MANAGEMENT; OAKRIDGE INDUSTRIES, INC., DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-01143-APG-VCF<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR OUT OF STATE COUNSEL TO APPEAR BY TELEPHONE AT MOTION HEARING ON AUGUST 4, 2017** |

    Plaintiff Mark Elliott, by and through his attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and hereby submits this Unopposed Motion for Out of State Counsel to Appear by Telephone at Motion Hearing on August 4, 2017, and in support thereof state as follows:

1

1. The Motion Hearing is currently scheduled for August 4, 2017, at 1:00 p.m. PST.
2. Plaintiff's lead counsels, Rafal Strzalkowski, Esq. and Amber Robinson, Esq., are both located out-of-state, in Gainesville, Florida, and St. Petersburg, Florida, respectively.
3. Both of Plaintiff's lead counsels would incur significant costs to appear in person for the Motion hearing.
4. To avoid these significant costs, Plaintiff requests that the Court permit Mr. Strzalkowski and Ms. Robinson to appear and participate by telephone for the Motion Hearing.
5. Defendants' Counsel does not oppose this request.

WHEREFORE, Plaintiff respectfully requests the Court permit Mr. Strzalkowski and Ms. Robinson to appear and participate in the Motion Hearing on August 4, 2017, by telephone.

DATED this 2nd day of August, 2017.

Respectfully submitted,

**MAIER GUTIERREZ & ASSOCIATES**

_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES ~~DISTRICT~~ JUDGE**
Magistrate
DATED: August 2, 2017

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 2nd day of August, 2017, a true and correct copy of the **PLAINTIFF'S UNOPPOSED MOTION FOR OUT OF STATE COUNSEL TO APPEAR BY TELEPHONE AT MOTION HEARING ON AUGUST 4, 2017**, was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case:

WOOD, SMITH, HENNING & BERMAN LLC
BROOKE A. BOHLKE, ESQ.
Nevada Bar No. 9374
7674 West Lake Mead Blvd., Suite 150
Las Vegas, NV 89128
*Attorney for Defendant Oakridge Industries, Inc.*

MURCHISON & CUMMING, LLP
TYLER N. URE, ESQ.
Nevada Bar No. 11730
6900 Westcliff Drive, Suite 605
Las Vegas, NV 89145
*Attorney for Defendant The Prescott Companies*

By: /s/ *Natalie Vazquez*
An Employee of MAIER GUTIERREZ & ASSOCIATES