1 JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
2 STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
3 **MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
4 Las Vegas, Nevada 89148
Telephone: (702) 629-7900
5 Facsimile: (702) 629-7925
Email: jag@mgalaw.com
6       sgk@mgalaw.com

7 AMBER C. ROBINSON, ESQ.
Florida Bar No. 107215 (*pro hac vice*)
8 **ROBINSON LAW OFFICE PLLC**
695 Central Avenue, Suite 264
9 St. Petersburg, Florida 33712
Telephone: (813) 613-2400
10 Facsimile: (727) 362-1979
Email: arobinson@arobinsonlawfirm.com
11
RAFAL STRZALKOWSKI, ESQ.
12 Florida Bar No. 89248 (*pro hac vice*)
**FLORIDA DISABILITY ACCESS AND AWARENESS FOUNDATION**
13 2124 NW 142 ND Avenue
Gainesville, Florida 32609
14 Telephone: (352) 262-9593
Email: rstrzalkowski@fdaaf.org
15
*Attorneys for Plaintiff Mark Elliott*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK ELLIOTT, | Case No. 2:15-cv-01143-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPONSE TO DEFENDANT OAKRIDGE INDUSTRIES, INC.'S MOTIONS TO COMPEL [ECF Nos. 78, 79, & 80]** |
| THE PRESCOTT COMPANIES, LLC dba PRESCOTT MANAGEMENT; OAKRIDGE INDUSTRIES, INC., DOES I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |

Plaintiff Mark Elliott, and Defendant Oakridge Industries, Inc., stipulate and agree, through their respective counsels of record, that Plaintiff shall have an extension up to and including August 9, 2017, to file his response to Oakridge Industries, Inc.'s Motions to Compel [Docket/ECH Numbers

1

78, 79, and 80]. The parties enter into this stipulation to allow additional time to Plaintiff and Plaintiff's counsel to prepare a response.

Defendant Oakridge Industries, Inc. will file its reply by August, 23, 2017.

This is the Plaintiff's first request for an extension of this deadline and it is submitted in good faith without purpose of prejudice or undue delay.

DATED this 7th day of August, 2017.

| **MAIER GUTIERREZ & ASSOCIATES** | **WOOD, SMITH, HENNING & BERMAN LLC** |
|---|---|
| __/s/ Steven G. Knauss_____<br>JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>STEVEN G. KNAUSS, ESQ.<br>Nevada Bar No. 12242<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Local Counsel for Plaintiff Mark Elliott* | ___/s/ Brooke A. Bohlke_____<br>BROOKE A. BOHLKE, ESQ.<br>Nevada Bar No. 9374<br>7674 West Lake Mead Blvd., Suite 150<br>Las Vegas, NV 89128<br>*Attorney for Defendant Oakridge Industries, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

**DATED:** 8-8-2017

_____
**UNITED STATES MAGISTRATE JUDGE**

2

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 7th day of August, 2017, a true and correct copy of the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPONSE TO DEFENDANT OAKRIDGE INDUSTRIES, INC.'S MOTIONS TO COMPEL [DKT. NOS. 78, 79, & 80]**, was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case:

**WOOD, SMITH, HENNING & BERMAN LLC**
BROOKE A. BOHLKE, ESQ.
Nevada Bar No. 9374
7674 West Lake Mead Blvd., Suite 150
Las Vegas, NV 89128
*Attorney for Defendant Oakridge Industries, Inc.*

**MURCHISON & CUMMING, LLP**
TYLER N. URE, ESQ.
Nevada Bar No. 11730
6900 Westcliff Drive, Suite 605
Las Vegas, NV 89145
*Attorney for Defendant The Prescott Companies*

By: /s/ *Natalie Vazquez*
An Employee of MAIER GUTIERREZ & ASSOCIATES