UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>OAKRIDGE INDUSTRIES, INC., *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01143-APG-VCF<br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE ORDER**<br><br>(ECF No. 95) |

Plaintiff Mark Elliott filed an objection (ECF No. 95) to Magistrate Judge Ferenbach's decision (ECF No. 86) denying in part Elliott's emergency motion to extend discovery deadlines. Pursuant to Local Rule IB 3-1, I have reviewed the related papers and find that Magistrate Judge Ferenbach's decision is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Ferenbach's order **(ECF No. 86) is AFFIRMED** and Elliott's objection **(ECF No. 95) is DENIED.**

DATED this 24th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE