# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARK ELLIOTT,

        Plaintiff,

vs.

THE PRESCOTT COMPANIES, LLC dba PRESCOTT MANAGEMENT, *et al.*,

        Defendants.

2:15-cv-01143-APG-VCF

**ORDER**

      Before the Court is Plaintiff Mark Elliott's Motion to Compel Production of Case Files from Injury Lawyers of Nevada (ECF No. 103). Plaintiff was previously represented by Injury Lawyers of Nevada in this case, and Plaintiff's current counsel is attempting to obtain Injury Lawyers of Nevada's case file. Plaintiff served a subpoena on Injury Lawyers of Nevada in June 2017. (ECF Nos. 103-1, 103-2). To date, Injury Lawyers of Nevada has failed to respond to the subpoena.

      Accordingly,

      IT IS HEREBY ORDERED that a show cause hearing is scheduled for 10:00 a.m., November 1, 2017, in courtroom TBD.

      IT IS FURTHER ORDERED that on or before 4:00 p.m., October 20, 2017, Injury Lawyers of Nevada must file with the Court a response showing cause as to why it should not be sanctioned for failure to respond to Plaintiff's subpoena. No reply is required.

      IT IS FURTHER ORDERED that on or before 4:00 p.m., October 20, 2017, Injury Lawyers of Nevada must file with the Court a response to Plaintiff's Motion to Compel (ECF No. 103). A reply is due not later than 4:00 p.m., October 27, 2017.

IT IS FURTHER ORDERED that Plaintiff must personally serve Injury Lawyers of Nevada with a copy of the Motion to Compel (ECF No. 103) and this Order by means of a licensed process server, and file the return of service on the Court no later than 4:00 pm, October 13, 2017.

DATED this 10th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE