# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARK ELLIOTT,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PRESCOTT COMPANIES, LLC, dba PRESCOTT MANAGEMENT, *et al.*<br><br>        Defendants. | 2:15-cv-01143-APG-VCF<br>**<u>ORDER</u>**<br><br>Emergency Motion for Protective Order, Hearing, and Sanctions [ECF Nos. 129, 131, 132] |

Before the Court is Defendant Oakridge Industries, Inc.'s Emergency Motion for Protective Order, Hearing, and Sanctions. (ECF Nos. 129, 131, 132).

Good cause appearing,

IT IS HEREBY ORDERED that the February 16, 2018 deposition of Chris Eskridge is vacated pending resolution of this motion.

IT IS FURTHER ORDERED that Defendant's Emergency Motion for Protective Order, Hearing, and Sanctions (ECF Nos. 129, 131, 132) will be briefed in the ordinary course.

DATED this 8th day of February, 2018.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE



1