JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:   (702) 629-7900
Facsimile:   (702) 629-7925
Email: jag@mgalaw.com
         sgk@mgalaw.com

AMBER C. ROBINSON, ESQ.
Florida Bar No. 107215 (*pro hac vice*)
**ROBINSON LAW OFFICE PLLC**
695 Central Avenue, Suite 264
St. Petersburg, Florida 33712
Telephone:   (813) 613-2400
Facsimile:   (727) 362-1979
Email: arobinson@arobinsonlawfirm.com

RAFAL STRZALKOWSKI, ESQ.
Florida Bar No. 89248 (*pro hac vice*)
**FLORIDA DISABILITY ACCESS AND AWARENESS FOUNDATION**
2124 NW 142 ND Avenue
Gainesville, Florida 32609
Telephone:   (352) 262-9593
Email: rstrzalkowski@fdaaf.org

*Attorneys for Plaintiff Mark Elliott*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK ELLIOTT,<br><br>             Plaintiff,<br><br>vs.<br><br>THE PRESCOTT COMPANIES, LLC dba PRESCOTT MANAGEMENT; OAKRIDGE INDUSTRIES, INC., DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>             Defendants. | Case No. 2:15-cv-01143-APG-VCF<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

Notice is hereby given that plaintiff Mark Elliott ("Plaintiff"), in the above-named case, by and through his attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, hereby appeal to

1

1 | the United States Court of Appeals for the Ninth Circuit from a judgment entered in this action on
2 | August 6, 2018 [ECF No. 144], a copy of which is attached hereto as **Exhibit 1**.

### **REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiff hereby identifies all parties to the action appealed from, including the name, firm, address, and telephone number of each party's respective counsel of record:

1. Plaintiff:

    Mark Elliott
    c/o Joseph A. Gutierrez, Esq.
    Nevada Bar No. 9046
    Steven G. Knauss, Esq.
    Nevada Bar No. 12242
    MAIER GUTIERREZ & ASSOCIATES
    8816 Spanish Ridge Avenue
    Las Vegas, Nevada 89148
    (702) 629-7900

    and

    Amber C. Robinson, Esq.
    Florida Bar No. 107215 (pro hac vice)
    Robinson Law Office PLLC
    695 Central Avenue,
    Suite 264
    St. Petersburg, Florida 33712
    (813) 613-2400

    and

    Rafal Strzalkowski, Esq.
    Florida Bar No. 89248 (pro hac vice)
    Florida Disability Access and Awareness Foundation
    2124 NW 142 ND Avenue
    Gainesville, Florida 32609
    (352) 262-9593

2. Defendant:

    The Prescott Companies
    Murchison & Cumming, LLP
    Tyler N. Ure, Esq.
    Nevada Bar No. 11730
    250 S. Rampart Blvd.,
    Suite 320
    Las Vegas, NV 89145
    (702) 360-3956

///

3. Defendant:

Oakridge Industries, Inc.
Wood, Smith, Henning & Berman LLC
Brooke A. Bohlke, Esq.
Nevada Bar No. 9374
7674 West Lake Mead Blvd., Suite 150
Las Vegas, NV 89128
(702) 251-4100

DATED this 17 day of August, 2018.

    Respectfully submitted,

    **MAIER GUTIERREZ & ASSOCIATES**

    */s/ Joseph A. Gutierrez*

    _____
    JOSEPH A. GUTIERREZ, ESQ.
    Nevada Bar No. 9046
    STEVEN G. KNAUSS, ESQ.
    Nevada Bar No. 12242
    *Attorneys for Plaintiff Mark Elliott*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 17th day of August, 2018, service of the foregoing **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** by depositing a true and correct copy of the same, enclosed in a sealed envelope upon which first class postage was fully prepaid, in the U.S. Mail at Las Vegas, Nevada, addressed as follows:

**WOOD, SMITH, HENNING & BERMAN LLC**
BROOKE A. BOHLKE, ESQ.
Nevada Bar No. 9374
7674 West Lake Mead Blvd., Suite 150
Las Vegas, NV 89128
*Attorney for Defendant Oakridge Industries, Inc.*

**MURCHISON & CUMMING, LLP**
TYLER N. URE, ESQ.
Nevada Bar No. 11730
250 S. Rampart Blvd., Ste. 320
Las Vegas, NV 89145
*Attorney for Defendant The Prescott Companies*

By: _/s/ Deb Sagert_____
An employee of MAIER GUTIERREZ & ASSOCIATES

# EXHIBIT 1

# EXHIBIT 1

AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Mark Elliott

                Plaintiff,

   v.

Oakridge Industries, Inc., et al.

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01143-APG-VCF

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of defendants Oakridge Industries, Inc. and The Prescott Companies, LLC and against plaintiff Mark Elliott .

| | |
|---|---|
| 8/6/18 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |